IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ANDERSON also known as HENDEL | : | CIVIL ACTION |
| v. | : | |
| PAMELA PRYOR COHEN, also known as PAMELA PRYOR DEMBE, ET AL. | : | NO. 10-4531 |

FILED
OCT 21 2010
MICHAEL E. KUNZ, Clerk
By,_____Dep. Clerk

O R D E R

AND NOW, this 26 day of October, 2010, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

(1) The motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

(2) The motions for injunctive relief and for appointment of counsel are **DENIED** without prejudice;

(3) Plaintiff may reinstate this case by remitting the $350 filing fee to the Clerk of this Court, within thirty (30) days from the date of this order; and

(4) This case shall be marked **CLOSED** statistically.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.